1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN LORENZANA, | No. 2:14-cv-2127-EFB P |
| Plaintiff, | |
| v. | ORDER |
| THOMPSON, | |
| Defendant. | |

Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983.[1] On September 9, 2015, the postal service returned mail directed to plaintiff as "undeliverable, not in custody."

A party appearing without counsel must keep the court and all parties apprised of his current address. E.D. Cal. L.R. 183(b). If mail directed to a plaintiff is returned by the postal service and plaintiff fails to notify the court and opposing parties within 63 days thereafter of her current address, the court may dismiss the action without prejudice for failure to prosecute. *Id.* More than 63 days have passed since the postal service returned the mail and plaintiff has not notified the court of his current address.

/////

---

[1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to the parties' consent. E.D. Cal. Local Rules, Appx. A, at (k).

1

1 | Accordingly, it is hereby ORDERED that this action is dismissed.  *See* Fed. R. Civ. P.
2 | 41(b); E.D. Cal. L.R. 110, 183(b).
3 | Dated:  November 16, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE